**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| URSA OPERATING COMPANY LLC, | ) |
| | ) Case No. 20-12067 (BLS) |
| Wind-Down Debtor.[1] | ) |
| | ) |
| *See Attached Exhibit A*, | ) |
| | ) |
| Plaintiffs, | ) Adv. Proc. Nos. *See Exhibit A to* |
| v. | ) *Proposed Order* |
| | ) |
| URSA OPERATING COMPANY LLC, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED**
**SCHEDULING ORDER**

The undersigned counsel to the above-captioned Wind-Down Debtor (the "Wind-Down Debtor") hereby certifies as follows:[2]

1.      On April 17, 2024, following a status conference held before the Court on April 16, 2024, the Court issued a letter ruling that, among other things, instructed the parties to confer regarding a scheduling order and submit such order under certification of counsel.

2.      As the parties mutually represented to the Court on May 10, 2024, after having met and conferred the parties were unable to reach agreement on a form of scheduling order.

3.      The Wind-Down Debtor's proposed form of scheduling order (the "Proposed Debtor Order"), a copy of which is attached hereto as Exhibit 1, proposes that discovery with

---

[1]  The last four digits of the Wind Down Debtor's federal tax identification number is 0982. The Wind-Down Debtor's service address is PO Box 6916, Denver, CO 80206. The chapter 11 cases of certain affiliates of the Wind-Down Debtor were closed effective as of March 15, 2021. *See* Case No. 20-12065, Docket No. 485.
[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Proposed of Order.

31648231.1

respect to the issues of identifying and tracing funds Plaintiffs assert are equitably theirs shall be required to be completed by earlier deadlines than any other discovery that may be conducted in connection with this matter.  The Wind-Down Debtor submits that this proposal is appropriate considering the substantial discovery regarding both amounts at issue and the estates' cash balances at key points that has already been provided to the Plaintiffs,[3] the fact that the Plaintiffs already presented expert testimony on these issues, the extremely limited remaining funding to which the Wind-Down Debtor has access, and the Wind-Down Debtor's intent, and need, to file dispositive pleadings prior to such funding being entirely depleted.

*[Remainder of page intentionally left blank.]*

---

[3] In an effort to reach an agreement on a proposed form of scheduling order, prior to submitting this certification the Wind-Down Debtor inquired what additional discovery the Royalty Claimants needed beyond what had already been provided.  However, upon learning that the Royalty Claimants intend to request a significant amount of additional information, the Wind-Down Debtor feels compelled to request entry of the Proposed Debtor Order.

WHEREFORE, the Wind-Down Debtor respectfully requests entry of the Proposed Debtor

Order at the Court's earliest convenience.


Dated: May 14, 2024
Wilmington, Delaware

/s/ Kenneth J. Enos

**YOUNG CONAWAY STARGATT &**
**TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

**SIDLEY AUSTIN LLP**
Duston K. McFaul (admitted *pro hac vice*)
Maegan Quejada (admitted *pro hac vice*)
1000 Louisiana St., Suite 5900
Houston, TX 77002
Telephone: (713) 495-4500
Facsimile:  (713) 495-7799
Emails:  dmcfaul@sidley.com
mquejada@sidley.com

Robert S. Velevis (admitted *pro hac vice*)
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Email: rvelevis@sidley.com

*Attorneys for the Wind-Down Debtor*

**<u>EXHIBIT 1</u>**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| URSA OPERATING COMPANY LLC, | )<br>) Case No. 20-12067 (BLS) |
| Wind-Down Debtor.[1] | )<br>) |
| | ) |
| *See Attached Exhibit A*, | )<br>) |
| Plaintiffs, | ) Adv. Proc. Nos. *See Attached* |
| v. | ) *Exhibit A* |
| URSA OPERATING COMPANY LLC, | )<br>) |
| Defendant. | )<br>) |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above-captioned adversary proceedings, the following schedule shall apply to the above-captioned adversary proceedings.

**IT IS HEREBY ORDERED** that:

1.     The discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, shall take place no later than fourteen (14) days after the entry of this Scheduling Order on the docket.  The parties are not required to file a discovery plan as contemplated by Fed. R. Civ. P. 26(f)(3).

2.     The parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than twenty-one (21) days after the discovery planning conference.

---

[1] The last four digits of the Wind Down Debtor's federal tax identification number is 0982. The Wind-Down Debtor's service address is PO Box 6916, Denver, CO 80206. The chapter 11 cases of certain affiliates of the Wind-Down Debtor were closed effective as of March 15, 2021. *See* Case No. 20-12065, Docket No. 485.

3.      Fact discovery with respect to the issues of identifying and tracing funds Plaintiffs assert are equitably theirs (the "*Tracing Issues*") shall be completed by **August 15, 2024**.  All other fact discovery shall be completed by **January 24, 2025**.

4.      The discovery limitations set forth in the Fed. Rules Civ. Pr. 30, 33, 34 and 36 shall apply to each adversary proceeding.

5.      The parties shall provide expert reports with respect to the Tracing Issues, by **September 15, 2024**. The parties shall provide expert reports with respect any other issue on which they bear the burden of proof by **March 14, 2025**.  The parties shall provide any expert report intended to rebut any expert report with respect to the Tracing Issue by **October 15, 2024**. All other rebuttal reports shall be provided by **April 17, 2025**.  All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).

6.      With respect to the Tracing Issues, all expert discovery shall be completed, and discovery shall close, by **November 1, 2024,** all other expert discovery and discovery shall be completed by **May 19, 2025** for all adversary proceedings, except for the class adversary proceeding styled *Sharon Salgado and Roy Royalty Inc., Individually and On Behalf of All Others Similarly Situated v. Ursa Operating Company*, Adversary No. 21-50048 ("*Salgado*").

7.      As soon after the close of discovery as the Court's calendar permits, upon prompt request of the parties, the Court will schedule a pre-trial conference in anticipation of trial in all the cases except *Salgado*, in order to discuss whether the matters will be tried together or separately, and to discuss timing of dispositive motions; setting a date for trial(s); and any other pre-trial matters.

8.      In *Salgado*, Plaintiffs shall prepare and file their motion to proceed on a class wide basis (the "*Class Motion*") with the Court by **June 2, 2025**. Responses to the Class Motion

shall be due by **July 2, 2025**. Replies in further support of the Class Motion shall be due by **July 17, 2025**.

9.      The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding and shall promptly file with the Court appropriate evidence of such resolution.

10.     Deadlines contained in this Scheduling Order may be extended by the Parties by filing a signed stipulation setting forth the new deadlines agreed to by the Parties.  Absent agreement of the Parties, the Pretrial Schedule set forth herein may be modified by the Court only upon motion for good cause shown.

11.     Counsel for the Plaintiffs shall serve this Scheduling Order on the Defendant within five (5) business days after the entry of this Order.

**EXHIBIT A**

| PLAINTIFFS: | ADVERSARY NO.: |
|---|---|
| Velma Weinreis | 21-50033 |
| Airport Land Partners, LTD | 21-50035 |
| Fernando Jose Arroyo, Allen Byerley, Stacie Anderson Malone, Kelly Anderson Rinehart and Jason Alan Scott, Joseph Edward Scott, and Rebecca P. Scott, as Joint Tenants | 21-50036 |
| Bar Seven L, LLC | 21-50037 |
| The City of Rifle Colorado | 21-50038 |
| Alice Colton, Gregg Colton, Don Colton, John Anderson, Michael Pinnell, Tital Energy Resources Corporation, and Pioneer Oil and Gas | 21-50039 |
| Daniels Petroleum Company,  Barrett D. Baker, Laramide Geosciences, LLC, Kristine M. Peterson, and Thomas D. Lawson | 21-50040 |
| Divide Creek Enterprises, LLC, and Peter Langegger | 21-50041 |
| Energy Investments, Inc. | 21-50042 |
| Hunter Family Limited Partnership, Juhan, LP, Juhan-Ray, LLC and Juhan Fordham Minerals, LLC | 21-50043 |
| Jerry D. Jones, Individually and as Trustee of The Paula Jones Special Needs Trust, Christine Jones, Vernon P. Dedisse, Jr., and Mary Ruth Dedisse | 21-50044 |
| Paul Limbach, Nanci Limbach, and Fred Limbach | 21-50045 |
| MAP99A-NET, MAP2003-NET, and MAP2004-OK | 21-50046 |
| Richard N. Casey | 21-50047 |
| Sharon Salgado and Roy Royalty Inc., Individually and On Behalf of All Others Similarly Situated | 21-50048 |
| Shidelerosa, LLLP and Shideler Energy Company, LLC | 21-50049 |
| Patrick L. Shuster and Toni M. Shuster | 21-50050 |
| L. Watson, Diana K. Watson, Brett James Watson, Lee Watson and EvaDean Watson, as Co-Trustees of the Watson Family Revocable Trust, and Watson Ranches, Ltd. | 21-50051 |
| Carol Bennett Family Trust, with Liz Moeller as Trustee | 21-50079 |